

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-14-00205-CV

**FOUNTAINS INTERNATIONAL GROUP, INC.**,
Appellant

v.

**SUMMIT OAK DEVELOPMENT, LLC**,
Appellee

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2005-CI-09146
Honorable Antonia Arteaga, Judge Presiding[1]

BEFORE JUSTICE MARTINEZ, JUSTICE ALVAREZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the judgment of the trial court is REVERSED, and the cause is REMANDED to the trial court for further proceedings. It is ORDERED that appellant, Fountains International Group, Inc., recover its costs of this appeal from appellee, Summit Oak Development, LLC.

SIGNED March 11, 2015.

_____
Rebeca C. Martinez, Justice

---

[1] The Honorable Fred Shannon presided over the hearing on the motion for summary judgment and verbally pronounced the order that was subsequently signed by the Honorable Solomon Casseb III. The Honorable Antonia Arteaga presided over the subsequent hearings and signed the final judgment.